1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  MICHAEL ESTREMA,                          )   Case No.: 1:13-cv-00809-BAM PC
                                              )
12                     Plaintiff,             )   ORDER REQUIRING PLAINTIFF TO PAY
                                              )   $400.00 FILING FEE IN FULL OR FILE AN
13          v.                                )   APPLICATION TO PROCEED IN FORMA
                                              )   PAUPERIS WITHIN FORTY-FIVE DAYS
14  J. R. ROSS, et al.,                       )
                                              )
15                     Defendants.            )
                                              )
16  _____ )

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. §

18  1983 on May 23, 2013.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed

19  in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

20          Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay the

21  $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and

22  signed.  **No requests for extension will be granted without a showing of good cause.  Failure to**

23  **comply with this order will result in dismissal of this action.**

24

25  IT IS SO ORDERED.

26      Dated:   __June 4, 2013__              ___/s/ Barbara A. McAuliffe___
27                                            UNITED STATES MAGISTRATE JUDGE
28

                                              1